IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER JONES and OMAR JONES, each individually and each on behalf of T.J., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 3:09-cv-0986<br>Judge Haynes |

## JOINT MOTION TO ENLARGE TIME

Defendant and plaintiffs ask the Court, as authorized by Federal Rule of Civil Procedure 6(b), to enlarge the time of the following deadlines as set by the Court in its Order dated August 27, 2010. [Document 32]

1. Counsel for defendant and plaintiff have conferred and agree with the suggested extended deadlines.

2. This case involves a Federal Tort Claims medical negligence claim in which the claims involve a birth injury and alleged damages requiring extensive discovery. The claims attorney at Blanchfield Army Community Hospital (BACH), Fort Campbell, Kentucky, has deployed to Afghanistan causing a delay in providing discovery responses and locating relevant health care providers. It also appears that a computer disk that may contain the fetal heart strips in this case has been located. The parties are now trying to locate a machine that can decode and print the strips, as the encoding machine and software are no longer being used at BACH. The decoding of these strips, if possible, could significantly impact the outcome of this case.