IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JENNIFER JONES and OMAR JONES, each individually and each on behalf of TYSAI JONES, a minor child, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:09-0986 JUDGE HAYNES |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion to dismiss (Docket Entry No. 37) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 25th day of April, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge