**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JENNIFER JONES and OMAR JONES,** | ) | |
| **each individually and each on behalf of** | ) | |
| **T.J., a minor child,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:09-cv-0986** |
| | ) | **Judge Sharp** |
| **UNITED STATES OF AMERICA,** | ) | **Magistrate Judge Bryant** |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE**

Defendant, United States of America, through its attorneys, and respectfully moves this Honorable Court for an extension of time within which to file its expert witness reports. For cause, Defendant would show that its expert disclosures are due on July 27, 2012. The undersigned states that additional time is necessary in order to for Defendant's doctors to complete their reports. Defendant asks for an additional thirty (30) days, through and including August 27, 2012. The Plaintiff's attorney has been contacted and has no objection.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: s/S. Delk Kennedy, Jr.
S. DELK KENNEDY, JR.
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
B.P.R. #009799
Email: delk.kennedy@usdoj.gov