**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JENNIFER JONES, et al.,** | ) | |
| | ) | |
| **v.** | ) | **NO.  3:09-0986** |
| | ) | **JUDGE SHARP** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

<u>**ORDER**</u>

Pending before the Court is a Joint Motion to Vacate Trial Setting and Pretrial Deadlines (Docket No. 78).

The Motion is GRANTED and the non-jury trial scheduled for July16, 2013, is hereby continued to October 22, 2013, at 9:00 a.m. The pretrial conference scheduled for June 24, 2013, is hereby continued to September 30, 2013, at 1:30 p.m.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1