# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JENNIFER JONES, et al.,      )
                                )
v.                             )        NO.  3:09-0986
                                )        JUDGE SHARP
                                )
UNITED STATES OF AMERICA     )

## ORDER

Pending before the Court is a Joint Motion to Vacate Trial Setting and Pretrial Deadlines (Docket No. 78).

The Motion is GRANTED and the non-jury trial scheduled for July16, 2013, is hereby continued to October 22, 2013, at 9:00 a.m. The pretrial conference scheduled for June 24, 2013, is hereby continued to September 30, 2013, at 1:30 p.m.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE