UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JENNIFER JONES, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:09-0986 |
| | ) | Judge Sharp/Bryant |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This matter has been referred to the undersigned Magistrate Judge for mediation. A telephone conference is set on **Thursday, October 3, 2013, at 1:00 p.m.** to discuss a suitable date to conduct mediation. The parties shall call the Magistrate Judge's conference line of (615) 695-2857 in order to participate in this telephone conference.

It is so **ORDERED**.

*s/ John S. Bryant*
JOHN S. BRYANT
U.S. Magistrate Judge